# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**DANIEL PINKNEY,**  :

    **Petitioner**  :

    **CIVIL ACTION NO. 3:15-2093**

    **v.**  :

    **(Judge Mannion)**

**ROBERT GILMORE,**  :

    **Respondent**  :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED** as untimely under the statute of limitations. See 28 U.S.C. §2244(d).

2. Petitioner's motion to amend the petition (Doc. 16) is **DENIED.**

3. Petitioner's motion for reconsideration of this Court's January 28, 2019 Order, granting Respondent additional time within which to file a response (Doc. 21) is **DENIED.**

4. The Clerk of Court is directed to **CLOSE** this case.

5. There is no basis for the issuance of a Certificate of Appealability. See 28 U.S.C. §2253(c).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: June 27, 2019**

15-2093-01-Order